UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

v.

TONY TREVON EVANS,

    Defendant

WA: 22-CR-00277-OLG (1)

### DEFENDANT TONY TREVON EVANS' ELEVENTH UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE CHIEF JUDGE ORLANDO L. GARZA:

    The Defendant in the above styled and numbered cause, Tony Trevon Evans, under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing the trial of this matter. In support of this motion, Tony Evans would show the Court as follows:

I.

    The Defendant is set for jury trial on December 4, 2023. Good cause exists for failure of the Defendant to request a continuance before this case was set.

    This motion is brought for the convenience of the parties and witnesses and in the interests of justice. The discovery in this case is voluminous and is being reviewed with the Defendant. More time is requested for Defendant to consider all of this options. In addition, there is a plea proposal to resolve this matter that has been extended by the government and defendant is currently considering this proposal and cooperation with the government, with assistance in counsel

while being held in custody. Additionally, debriefing is ongoing.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

The Defendant waives the right to a speedy trial conditioned on the Court's granting of this motion.

II.

Counsel for the Defendant conferred with Assistant United States Attorney William Calve about this motion on November 27, 2023. The government is not opposed the filing of this motion or the Court's granting the motion.

Tony Trevon Evans prays that the Court enter an order resetting felony rearraignment and jury trial in this Cause.

Respectfully Submitted,

/s/Steven Striegler
Steven Striegler
Texas State Bar Number: 24013587
P.O. Box 1683
Belton, TX 76513
Telephone: (254) 248-0555
Fax: (844) 248-9988

Attorney for the Defendant,
Tony Trevon Evans

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Tony Trevon Evans' Motion for Continuance was delivered to the Assistant United States Attorney on the 27th day of November, 2023.

/s/Steven Striegler
Steven Striegler

## CERTIFICATE OF CONFERENCE

I certify that a conference has been held regarding this motion to continue Felony jury trial with Assistant United States Attorney William Calve on November 27, 2023. The government is not opposed.

/s/Steven Striegler
Steven Striegler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

v.

TONY TREVON EVANS,

    Defendant

WA: 22-CR-00277-OLG (1)

### ORDER ON DEFENDANT TONY TREVON EVANS' ELEVENTH UNOPPOSED MOTION FOR CONTINUANCE

Defendant Tony Trevon Evans' Motion for Continuance is hereby:

_____   GRANTED
_____   DENIED

Signed in San Antonio, Texas on this the _____ day of <u>November</u>, 2023.

_____
Orlando L. Garza
United States Chief District Judge